FILED

2003 NOV 17 P 12: 12

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **KARL HOGFELDT**<br>**Plaintiff** | : | CIVIL ACTION NO.<br>3:01 CV 1979 (WWE) |
| vs. | : | |
| OLD SAYBROOK POLICE DEPARTMENT<br>SERGEANT DONALD HULL; PATROLMAN<br>DAVID PERROTTI; PATROLMAN CHRIS<br>DEMARCO; PATROLMAN JAY RANKIN;<br>EACH INDIVIDUALLY AND AS POLICE<br>OFFICERS AND MEMBERS OF THE OLD<br>SAYBROOK POLICE DEPARTMENT; AND<br>THE TOWN OF OLD SAYBROOK OF<br>OLD SAYBROOK | : | NOVEMBER 13, 2003 |

## MOTION FOR ENLARGEMENT OF SCHEDULING ORDER

Pursuant to Local Rule 9(b), the Plaintiff in the above matter hereby moves the Court to grant an enlargement of time of ninety (90) days from the anticipated receipt of this Motion to February 15, 2004 to complete fact witness depositions and March 15, 2004 to file dispositive motions. The Plaintiff also requests forty-five (45) days until December 30, 2003, to disclose expert witnesses. In support of this Motion, the Plaintiff represents as follows:

1. The Defendants join in our request for the extension;

2. This is the Plaintiff's first request for an extension of time;

3. Counsel represents that the Court has not yet assigned this matter a trial date.

**WHEREFORE**, the Plaintiff requests that his Motion for Enlargement of Time be granted.

PLAINTIFF,

BY _____
A. Paul Spinella, Esq.
**Spinella & Associates**
**One Lewis Street**
**Hartford, CT 06103**
**860 728-4900**
**Federal Bar #: ct00078**

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing has been mailed postage pre-paid on this date to:

Daniel C. DeMerchant, Esq.
Thomas R. Gerarde, Esq.
John J. Radshaw, III
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Bruce E. Newman, Esq.
Law Offices of Bruce E. Newman, LLC
One High Street
P.O. Box 927
Deep River, CT 06417

_____
A. Paul Spinella, Esq.