UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 SEP 18 P 12: 41

| | | |
|---|---|---|
| KARL HOGFELDT | : | NO.: 3:01CV1979 (WWE) |
| v. | : | |
| OLD SAYBROOK P.D., ET AL | : | SEPTEMBER 15, 2003 |

**DEFENDANTS' MOTION
FOR PROTECTIVE ORDER**

The defendants, PATROLMAN CHRISTOPHER DEMARCO and PATROLMAN DAVID PERROTTI, now move for a protective order to prevent the disclosure of already-objected-to materials at their respective depositions on September 17, 2003 set forth in an "Amended Production Request."

In support of this Motion, the defendants offer as follows:

1. The plaintiff served written discovery including interrogatories and requests for production upon the defendants;
2. The defendants interposed timely objections to many of those interrogatories and requests for production;
3. The plaintiff now seeks to obtain the same material by issuing identical requests by attaching the same to a notice of deposition;
4. The plaintiff may no effort to resolve the initial objections that were filed more than six (6) months ago;
5. The Amended Production Request (attached as Exhibit A) was served the day before the scheduled depositions;
6. The Amended Production Request includes new items not on the original request;
7. The demand made for production does not provide a reasonable amount of time to comply, much less in the amount of time granted by the Federal Rules of Civil Procedure; and

*Motion Denied As Moot. It is SO ORDERED.* 11/13/03