UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 SEP 17 P 12: 32

KARL HOGFELDT                    :    NO.: 3:01CV1979 (WWE)

v.                               :

OLD SAYBROOK P.D., ET AL         :    SEPTEMBER 15, 2003

### DEFENDANTS' MOTION FOR PROTECTIVE ORDER

The defendants, PATROLMAN CHRISTOPHER DEMARCO and PATROLMAN DAVID PERROTTI, now move for a protective order to prevent the disclosure of already-objected-to materials at their respective depositions on September 17, 2003.

In support of this Motion, the defendants offer as follows:

1. The plaintiff served written discovery including interrogatories and requests for production upon the defendants;

2. The defendants interposed timely objections to many of those interrogatories and requests for production;

3. The plaintiff now seeks to obtain the same material by issuing identical requests by attaching the same to a notice of deposition;

4. The plaintiff may no effort to resolve the initial objections that were filed more than six (6) months ago;

5. The defendants incorporate by reference their objections already filed to identical requests as Exhibit A; and

6. Asking for the same materials a second time after objection does not change the objectionable nature of the request.

WHEREFORE, the defendants respectfully request that this Court grant this motion, and enter an order prohibiting the disclosure of the items listed in Exhibit B of the plaintiff's notice of deposition, particularly items 5, 6 and 7.

*Motion Denied As Moot. It is SO ORDERED.*
*Holly B. Fitzsimmons, U.S.M.J. 11/13/03*