FILED

2003 DEC -8  P 12: 20

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KARL HOGFELDT<br>　　Plaintiff | : | CIVIL ACTION NO.<br>3:01 CV 1979 (WWE) |
| | : | |
| vs. | : | |
| | : | |
| OLD SAYBROOK POLICE DEPARTMENT<br>SERGEANT DONALD HULL; PATROLMAN<br>DAVID PERROTTI; PATROLMAN CHRIS<br>DEMARCO; PATROLMAN JAY RANKIN;<br>EACH INDIVIDUALLY AND AS POLICE<br>OFFICERS AND MEMBERS OF THE OLD<br>SAYBROOK POLICE DEPARTMENT; AND<br>THE TOWN OF OLD SAYBROOK OF<br>OLD SAYBROOK | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br><br><br><br><br><br>DECEMBER 4, 2003 |

### AFFIDAVIT OF ATTORNEY A. PAUL SPINELLA

The undersigned, being duly sworn hereby deposes and says:

1. That I am over 18 years of age and believes in the obligations of an oath;

2. That the statements herein are based upon personal knowledge;

3. That I am an attorney representing the Plaintiff in the above-captioned action;

4. On or about November 15, 2003, the Defendants filed a Motion for Summary Judgment;

5. Discovery in this matter is not yet completed nor have the Plaintiff's experts completed their review of this matter;

6. The Plaintiff requests further discovery as well as the opinions of his experts in order to provide the necessary support of the factual

statements set forth in his complaint, in particular because of the absence of any independent witnesses to his claim.

7. As such the Plaintiff requests a period of forty five (45) days following the completion of expert witness review and discovery to file his motion in opposition.

Dated at Hartford, Connecticut this 5th day of December 2003.

_____
A. Paul Spinella

**STATE OF CONNECTICUT**     :
                             : ss
**COUNTY OF HARTFORD**       :

Subscribed and sworn to before me on this 5th day of December, 2003.

_____
Commissioner of Superior Court
Notary Public
My Commission Expires:

BONNIE L. KINIRY
NOTARY PUBLIC
MY COMMISSION EXPIRES FEB. 28, 2005