34

FILED

2003 DEC -8 P 12:20

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| KARL HOGFELDT | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01 CV 1979 (WWE) |
| | : | |
| vs. | : | |
| | : | |
| OLD SAYBROOK POLICE DEPARTMENT | : | |
| SERGEANT DONALD HULL; PATROLMAN | : | |
| DAVID PERROTTI; PATROLMAN CHRIS | : | |
| DEMARCO; PATROLMAN JAY RANKIN; | : | |
| EACH INDIVIDUALLY AND AS POLICE | : | |
| OFFICERS AND MEMBERS OF THE OLD | : | |
| SAYBROOK POLICE DEPARTMENT; AND | : | |
| THE TOWN OF OLD SAYBROOK OF | : | |
| OLD SAYBROOK | : | DECEMBER 4, 2003 |

Motion GRANTED 12-11-03 /s/ Senior United States District Judge

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Plaintiff in the above-referenced matter hereby represents:

1. That the Defendant has filed a Motion for Summary Judgment dated November 15, 2003;

2. This is a case involving a claim of police misconduct against the Old Saybrook Police Department including claims of excessive force of an outrageous nature against a homeless man who sustained a broken nose,

-1-