### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

KARL HOGFELDT                          :          NO.: 3:01 CV 1979 (WWE)
                                       :
v.                                     :
                                       :
OLD SAYBROOK P.D., ET AL               :          DECEMBER 9, 2003

### <u>MOTION TO STRIKE PLAINTIFF'S EXPERT DISCLOSURE</u>

Pursuant Fed.R.Civ.P. 12(f), the defendants, TOWN OF OLD SAYBROOK, OLD SAYBROOK POLICE DEPARTMENT, SERGEANT DONALD HULL, PATROLMAN JAY RANKIN, PATROLMAN CHRIS DEMARCO and PATROLMAN DAVID PERROTTI, hereby move to strike the plaintiff's expert disclosure of Ira J. Kanfer, M.D. dated November 12, 2003 but received on December 4, 2003. ***See* Exhibit A.**

In support of their objection, the defendants offer:

1.     The disclosure of expert witness does not comply with Fed.R.Civ.P. 26(a)(2) in any manner whatsoever.

2.     The disclosure does not have a report attached as required by Fed.R.Civ.P. 26(a)(2).

3.     The disclosure does not list the testimonial and consulting history of the expert as required by Fed.R.Civ.P. 26(a)(2).

4.     The disclosure is devoid of any facts upon which Dr. Kanfer could render an opinion.

5.     The disclosure does not comport with the letter or the spirit of Fed.R.Civ.P. 26(a)(2) in any way and must be stricken.

6.     Fed.R.Civ.P. 26(a)(2) is one of the most well-known and fundamental rules of the Federal Rules of Civil Procedure. Plaintiff's cursory and half-hearted disclosure must be rejected.

WHEREFORE, the defendants pray that this Court grant their Motion to Strike.

THE DEFENDANTS,
OLD SAYBROOK POLICE
DEPARTMENT, SERGEANT DONALD
HULL, PATROLMAN DAVID
PERROTTI, PATROLMAN CHRIS
DEMARCO, PATROLMAN JAY
RANKIN AND THE TOWN OF OLD
SAYBROOK

/s/ John J. Radshaw, III
Thomas R. Gerarde, ct05640
John J. Radshaw, III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 9th day of December 2003.

Bruce E. Newman, Esquire
Newman, Creed & Associates
99 North Street, Route 6
P.O. Box 575
Bristol, CT 06011

A. Paul Spinella, Esquire
Spinella & Associates
One Lewis Street
Hartford, CT  06103

/s/ John J. Radshaw, III
Thomas R. Gerarde
John J. Radshaw, III



DEC 0 5 2003

TRG

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **KARL HOGFELDT** | : | **CIVIL ACTION NO.** |
| **Plaintiff** | : | **3:01 CV 1979 (WWE)** |
| | : | |
| **vs.** | : | |
| | : | |
| | : | |
| **OLD SAYBROOK POLICE DEPARTMENT** | : | |
| **SERGEANT DONALD HULL; PATROLMAN** | : | |
| **DAVID PERROTTI; PATROLMAN CHRIS** | : | |
| **DEMARCO; PATROLMAN JAY RANKIN;** | : | |
| **EACH INDIVIDUALLY AND AS POLICE** | : | |
| **OFFICERS AND MEMBERS OF THE OLD** | : | |
| **SAYBROOK POLICE DEPARTMENT; AND** | : | |
| **THE TOWN OF OLD SAYBROOK OF** | : | |
| **OLD SAYBROOK** | : | **NOVEMBER 12, 2003** |

**PLAINTIFF'S RULE 26 DISCLOSURE OF EXPERT WITNESS**

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff

hereby discloses the following individual as expert witness who may be used at trial to

present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence:

1.    <u>**Name and address of the expert witness:**</u>

Ira J. Kanfer, M.D.
101 Wild Wood Drive
Avon, CT 06001
(860) 679-1076

# Exhibit A

**2.     Subject matter and substance of facts and opinions on which this expert is expected to testify:**

Dr. Kanfer is expected to testify and offer opinions within a reasonable degree of probability or certainty in regard to the following general areas, to wit:

        1.     In connection with the defendant police officers who were involved with the arrest and subsequent handling of the Plaintiff whether they acted with deliberate indifference in violating his constitutional rights involving the excessive use of force.

**3.     Summary of the grounds for each opinion to which this expert witness is expected to testify:**

Dr. Kanfer has extensive academic and training and practical experience with all areas of law enforcement in connection with his position as a State Medical Examiner (his curriculum vitae has been requested and will be forwarded shortly).  He is expected to base his opinions on his experience and education; local and national police and medical standards and guidelines; discovery materials including exhibits and deposition transcripts and other pertinent materials and exhibits.

Additionally, Dr. Kanfer may rely on pertinent articles and textbooks and may utilize demonstrative evidence as well.

PLAINTIFF,

BY _____

**A. Paul Spinella, Esq.**
**Spinella & Associates**
**One Lewis Street**
**Hartford, CT 06103**
**860 728-4900**
**Juris Number: 413617**

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing has been mailed postage pre-paid on this date to:

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Bruce E. Newman, Esq.
Law Offices of Bruce E. Newman, LLC
One High Street
P.O. Box 927
Deep River, CT 06417

_____
A. Paul Spinella, Esq.