2003 DEC 31  P 12: 04

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| KARL HOGFELDT | : CIVIL ACTION NO. |
| Plaintiff | : 3:01 CV 1979 (WWE) |
| vs. | |
| OLD SAYBROOK POLICE DEPARTMENT | : |
| SERGEANT DONALD HULL; PATROLMAN | : |
| DAVID PERROTTI; PATROLMAN CHRIS | : |
| DEMARCO; PATROLMAN JAY RANKIN; | : |
| EACH INDIVIDUALLY AND AS POLICE | : |
| OFFICERS AND MEMBERS OF THE OLD | : |
| SAYBROOK POLICE DEPARTMENT; AND | : |
| THE TOWN OF OLD SAYBROOK OF | : |
| OLD SAYBROOK | : DECEMBER 30, 2003 |
| Defendants | |

## MOTION TO EXTEND TIME RE: PLAINTIFF'S EXPERT WITNESS DISCLOSURES AND OBJECTION TO DEFENDANT'S MOTION TO STRIKE EXISTING DISCLOSURES

The Plaintiff in the above-referenced matter files this Motion requesting leave of the Court: 1) to extend time to disclose his expert witness reports and 2) to object to Defendants' Motion to Strike expert disclosures previously made.

In support of the Instant Motion the Plaintiff hereby represents:

1. That the present claim involves a claim for police misconduct involving serious injuries inflicted on an indigent Plaintiff by police officers acting

-1-

without third party witnesses in the police station house;

2) That the Plaintiff has retained two expert witnesses in support of his claim:

   a. Dr. Ira Kanfer, a State of Connecticut medical examiner, retained to provid opinion regarding the probable cause of the Plaintiff's injuries;

   b. Mr. Louis Reiter, a nationally recognized expert in the area of police practice and procedures;

3. Pursuant to the revised scheduling order the Plaintiff's expert reports are scheduled for disclosure the end of the this moth;

4. Following the involvement of these experts in this case the Plaintiff disclosed their names and area of testimony to the Defendant as a matter of professional courtesy; said disclosures were acknowledged as incomplete as these experts had not yet prepared their reports as all discovery materials were not available given that discovery had been extended until the end of February, 2004;

5. Following the Plaintiff's disclosures the Defendant filed a pending Motion to Strike the disclosures provided;

6. The Plaintiff's experts are presently involved in the review of depositions and other discovery material and require an additional ninety (90) days to provide written expert opinion reports;

7. Additional time is required because of the complexity of the factual issues raised, together with the fact that the discovery process is still ongoing in this case;

8. The granting of additional time will not prejudice the Defendant;

9. The attorney for the Defendant has been contacted but was not available.

**ACCORDINGLY**, the Plaintiff requests an additional ninety (90) days for expert witness disclosure and further requests that the Defendant's Motion to Strike be overruled.

**PLAINTIFF,**

BY _____
A. Paul Spinella, Esq.
**Spinella & Associates**
**One Lewis Street**
**Hartford, CT 06103**
**Telephone: (860) 728-4900**
**Fax: (860) 728-4909**
**Federal Bar #: ct00078**

**CERTIFICATION**

**THIS IS TO CERTIFY** that a copy of the foregoing has been mailed postage pre-paid on this date to:

John J. Radshaw, III
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Bruce E. Newman, Esq.
Law Offices of Bruce E. Newman, LLC
One High Street
P.O. Box 927
Deep River, CT 06417

_____
A. Paul Spinella, Esq.
Commissioner of Superior Court