

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KARL HOGFELDT | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01 CV 1979 (WWE) |
| | : | |
| vs. | : | |
| | : | |
| OLD SAYBROOK POLICE DEPARTMENT | : | |
| SERGEANT DONALD HULL; PATROLMAN | : | |
| DAVID PERROTTI; PATROLMAN CHRIS | : | |
| DEMARCO; PATROLMAN JAY RANKIN; | : | |
| EACH INDIVIDUALLY AND AS POLICE | : | |
| OFFICERS AND MEMBERS OF THE OLD | : | |
| SAYBROOK POLICE DEPARTMENT; AND | : | |
| THE TOWN OF OLD SAYBROOK OF | : | |
| OLD SAYBROOK | : | DECEMBER 30, 2003 |
| Defendants | | |

**38 – MOTION TO EXTEND TIME RE: PLAINTIFF'S
EXPERT WITNESS DISCLOSURES AND
39 OBJECTION TO DEFENDANT'S MOTION TO STRIKE EXISTING DISCLOSURES**

The Plaintiff in the above-referenced matter files this Motion requesting leave of the Court: 1) to extend time to disclose his expert witness reports and 2) to object to Defendants' Motion to Strike expert disclosures previously made.

In support of the Instant Motion the Plaintiff hereby represents:

1. That the present claim involves a claim for police misconduct involving serious injuries inflicted on an indigent Plaintiff by police officers acting

-1-

Motion GRANTED to March 31, 2004.
WARREN W. EGINTON
Senior United States District Judge  1/8/04