41

FILED

2004 APR 16  A 11: 50

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KARL HOGFELDT | : NO.: 3:01CV1979 (WWE) |
| v. | : |
| OLD SAYBROOK POLICE DEPARTMENT SERGEANT DONALD HULL; PATROLMAN DAVID PERRROTTI; PATROLMAN CHRIS DEMARCO; PATROLMAN JAY RANKIN; EACH INDIVIDUALLY AND AS POLICE OFFICERS AND MEMBERS OF THE OLD SAYBROOK POLICE DEPARTMENT; AND THE TOWN OF OLD SAYBROOK | : APRIL 13, 2004 |

## MOTION OF EXTENSION OF TIME TO DISCLOSE EXPERT WITNESSES

The defendants, Town of Old Saybrook Police Department, Sergeant Donald Hull, Patrolman David Perrrotti, Patrolman Chris DeMarco, Patrolman Jay Rankin and the Town of Old Saybrook, hereby move for an extension of time in which to disclose experts on their behalf until June 2, 2004.

In support of this motion, the defendants offer as follows:

1.  The plaintiff made a partial disclosure of experts in October and sought an extension of time in which to do so;

2.  The plaintiff's expert disclosures did not comply with Federal Civil

ORAL ARGUMENT IS NOT REQUESTED

Motion GRANTED to June 2, 2004

FILED 4/20/04

2004 APR 21  A 4: 22
U.S. DISTRICT COURT
BRIDGEPORT, CONN