UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KARL HOGFELDT | : | CIVIL ACTION NO. |
|    Plaintiff | : | 3:01 CV 1979 (WWE) |
| | : | |
| vs. | : | |
| | : | |
| OLD SAYBROOK POLICE DEPARTMENT | : | |
| SERGEANT DONALD HULL; PATROLMAN | : | |
| DAVID PERROTTI; PATROLMAN CHRIS | : | |
| DEMARCO; PATROLMAN JAY RANKIN; | : | |
| EACH INDIVIDUALLY AND AS POLICE | : | |
| OFFICERS AND MEMBERS OF THE OLD | : | |
| SAYBROOK POLICE DEPARTMENT; AND | : | |
| THE TOWN OF OLD SAYBROOK OF | : | |
| OLD SAYBROOK | : | APRIL 23, 2004 |

**PLAINTIFF'S MOTION NUNC PRO TUNC
FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The Plaintiff in the above-referenced matter hereby moves Nunc Pro Tunc for leave of the court to extend time to respond to the Defendants' Motion for Summary Judgment for a period of thirty (30) days from the date of the present request.

In support of this Motion the Plaintiff hereby represents:

1. That the Motion for Summary Judgment in this matter is lengthy and raises a number of complex issues of law and facts;

2. That the Plaintiff has to date spent considerable time and expense in

      obtaining two necessary expert witness reports that only recently became available;

3. That considerable time and effort has been expended to date by the Plaintiff in drafting his response which is approximately two-thirds complete;

4. That the Plaintiff further represents that he is a solo practitioner who is presently involved in a lengthy trial in the New Haven Superior Court which is expected to extend for at least thirty days;

5. The Plaintiff's counsel also represents that his client is an indigent citizen, who has raised a very significant claim of police misconduct which claim is now supported by two respected experts, one of whom is a State of Connecticut Medical Examiner;

6. Defendants' counsel has been contacted to learn if he has an objection to the present motion, but the Plaintiff has been unable to obtain a response to date.

**ACCORDINGLY**, for the above state reasons, the Plaintiff requests an extension of time of thirty (30) days of the date of this motion until May 24, 2004, to file his response to the Defendants' Motion for Summary Judgment.

                **PLAINTIFF,**

                **BY**_____
                    **A. Paul Spinella, Esq.**
                    **Spinella & Associates**
                    **One Lewis Street**
                    **Hartford, CT 06103**
                    **Telephone: (860) 728-4900**
                    **Fax: (860) 728-4909**
                    **Federal Bar #: ct00078**

                  **O R D E R**

The foregoing Motion/Objection having been presented, **IT IS HEREBY ORDERED**

      **GRANTED/DENIED**

                **BY THE COURT,**

                _____
                Clerk/Ass't Clerk/Judge

Dated:_____

**CERTIFICATION**

**THIS IS TO CERTIFY** that a copy of the foregoing has been mailed postage pre-paid on this date to:

Daniel C. DeMerchant, Esq.
Thomas R. Gerarde, Esq.
John J. Radshaw, III
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Bruce E. Newman, Esq.
Law Offices of Bruce E. Newman, LLC
One High Street
P.O. Box 927
Deep River, CT 06417

_____
A. Paul Spinella, Esq.