FILED
2004 APR 27 P 1: 13
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KARL HOGFELDT<br>Plaintiff | CIVIL ACTION NO.<br>3:01 CV 1979 (WWE) |
| vs. | |
| OLD SAYBROOK POLICE DEPARTMENT SERGEANT DONALD HULL; PATROLMAN DAVID PERROTTI; PATROLMAN CHRIS DEMARCO; PATROLMAN JAY RANKIN; EACH INDIVIDUALLY AND AS POLICE OFFICERS AND MEMBERS OF THE OLD SAYBROOK POLICE DEPARTMENT; AND THE TOWN OF OLD SAYBROOK OF OLD SAYBROOK | APRIL 23, 2004 |

### PLAINTIFF'S MOTION NUNC PRO TUNC FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Plaintiff in the above-referenced matter hereby moves Nunc Pro Tunc for leave of the court to extend time to respond to the Defendants' Motion for Summary Judgment for a period of thirty (30) days from the date of the present request.

In support of this Motion the Plaintiff hereby represents:

1. That the Motion for Summary Judgment in this matter is lengthy and raises a number of complex issues of law and facts;

2. That the Plaintiff has to date spent considerable time and expense in

*[Handwritten margin note: Motion GRANTED to May 24, 2004. WARREN W. EGINTON, Senior United States District Judge 5/3/04]*

*[Stamp: FILED 2004 MAY, U.S. DISTRICT, BRIDGEPORT]*

*[Handwritten: 43]*