UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KARL HOGFELDT | : | CIVIL ACTION NO. |
|    Plaintiff | : | 3:01 CV 1979 (WWE) |
| | : | |
| vs. | : | |
| | : | |
| OLD SAYBROOK POLICE DEPARTMENT | : | |
| SERGEANT DONALD HULL; PATROLMAN | : | |
| DAVID PERROTTI; PATROLMAN CHRIS | : | |
| DEMARCO; PATROLMAN JAY RANKIN; | : | |
| EACH INDIVIDUALLY AND AS POLICE | : | |
| OFFICERS AND MEMBERS OF THE OLD | : | |
| SAYBROOK POLICE DEPARTMENT; AND | : | |
| THE TOWN OF OLD SAYBROOK OF | : | |
| OLD SAYBROOK | : | MAY 18, 2004 |

**PLAINTIFF'S MOTION FOR LEAVE
TO SUBMIT UNSIGNED AFFIDAVIT IN SUPPORT OF RESPONSE TO
<u>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

The Plaintiff in the above-referenced matter hereby submits his brief in opposition to the Defendants' Motion for Summary Judgment which includes the unsigned affidavit of a Mr. Stephen White.

The Plaintiff requests leave to submit said affidavit with further leave of the court to submit a signed affidavit at a future date.

In support of his Motion the Plaintiff hereby represents:

1.     Mr. Stephen White is a material witness to the Plaintiff's claim;

2. The Plaintiff has hired a private investigator who has recently determined that Mr. White has moved to Florida and has recently discovered his present address; counsel is presently in the process of attempting to contact him;

3. Mr. White has testified in the same manner as set forth in his affidavit under oath in a State of Connecticut motor vehicle hearing conducted in Old Saybrook, Connecticut before Attorney James Quinn on November 17, 1999;

4. A copy of the transcript of this hearing has been requested;

5. The Plaintiff is in particular need of this testimony as the only other material witness, Ms. Tammi Seamons, died before her statement could be obtained.

**ACCORDINGLY**, for the above stated reasons, leave to submit said unsigned affidavit and permission to submit a signed affidavit immediately after contacting Mr. White is hereby requested.

**PLAINTIFF,**

By_____
A. Paul Spinella, Esq.
**Spinella & Associates**
**One Lewis Street**
**Hartford, CT 06103**
**860 728-4900**
**Fed. Bar No.: ct00078**

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, postage prepaid, via U.S. mail to the following counsel of record on this date.

Bruce E. Newman, Esq.
Newman, Creed & Associates
99 North Street, Route 6
PO Box 575
Bristol, CT 06011

Thomas R. Gerarde, Esq.
John J. Radshaw, III, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114

_____
A. Paul Spinella

3