UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **KARL HOGFELDT** | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01 CV 1979 (WWE) |
| | : | |
| vs. | : | |
| | : | |
| **OLD SAYBROOK POLICE DEPARTMENT** | : | |
| **SERGEANT DONALD HULL; PATROLMAN** | : | |
| **DAVID PERROTTI; PATROLMAN CHRIS** | : | |
| **DEMARCO; PATROLMAN JAY RANKIN;** | : | |
| **EACH INDIVIDUALLY AND AS POLICE** | : | |
| **OFFICERS AND MEMBERS OF THE OLD** | : | |
| **SAYBROOK POLICE DEPARTMENT; AND** | : | |
| **THE TOWN OF OLD SAYBROOK OF** | : | |
| **OLD SAYBROOK** | : | MAY 18, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Plaintiff has manually filed the following documents:

1. Exhibit A, excepts from Deposition of Karl Hogfeldt;

2. Exhibit B, excepts from Deposition of Donald Hull;

3. Exhibit C, Affidavit of Ira Kanfer, M.D.;

4. Exhibit D, Affidavit of Lou Reiter;

5. Exhibit E, Unsigned Affidavit of Stephen White.

**PLAINTIFF**

By_____
A. Paul Spinella, Esq.
**SPINELLA & ASSOCIATES**
One Lewis Street
Hartford, CT 06103
Telephone:  (860) 728-4900
Facsimile:   (860) 728-4900
Federal Bar #: 00078

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, postage prepaid, via U.S. mail to the following counsel of record on this date to:

> Bruce E. Newman, Esq.
> Newman, Creed & Associates
> 99 North Street, Route 6
> PO Box 575
> Bristol, CT 06011
>
> Thomas R. Gerarde, Esq.
> John J. Radshaw, III, Esq.
> Howd & Ludorf
> 65 Wethersfield Avenue
> Hartford, CT  06114

_____
A. Paul Spinella