UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **KARL HOGFELDT** | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:01 CV 1979 (WWE) |
| | : | |
| vs. | : | |
| | : | |
| OLD SAYBROOK POLICE DEPARTMENT | : | |
| SERGEANT DONALD HULL; PATROLMAN | : | |
| DAVID PERROTTI; PATROLMAN CHRIS | : | |
| DEMARCO; PATROLMAN JAY RANKIN; | : | |
| EACH INDIVIDUALLY AND AS POLICE | : | |
| OFFICERS AND MEMBERS OF THE OLD | : | |
| SAYBROOK POLICE DEPARTMENT; AND | : | |
| THE TOWN OF OLD SAYBROOK OF | : | |
| OLD SAYBROOK | : | MAY 18, 2004 |

**LOCAL RULE 56(a)2 STATEMENT**

Pursuant to Rule 56(a)2 of the Local Rules of Civil Procedure the plaintiff Karl Hogfeldt, respectfully responds to the defendants' Local Rule 56(c)(1) Statement as follows:

1.   Admit.

2.   Admit.

3.   Admit.

4.   Admit.

5. Deny. Dep. Hogfeldt, pp. 48, 56-59, 61-65, 71, 78.

6. Deny. Dep., Hogfeldt, pp. 40, 43-44, 88.

7. Deny. Dep., Hogfeldt, pp.39-40.

8. Deny. Dep., Hogfeldt, pp. 40, 45-46.

9. Deny. Dep., Hogfeldt, pp. 40, 45-46.

10. Deny. Dep., Hogfeldt, pp. 40, 45-46.

11. Deny. Dep., Hogfeldt, pp. 48-49.

12. Deny. Dep., Hogfeldt, p. 48.

13. Deny. Dep., Hogfeldt, pp. 40, 45-46.

14. Admit.

15. Deny. Dep., Hogfeldt, p. 53.

16. Deny. Dep., Hogfeldt, pp. 54-56, 61.

17. Deny. Dep., Hogfeldt, pp. 54-56, 61.

18. Deny. Dep., Hogfeldt, pp. 54-56, 61.

19. Deny. Dep., Hogfeldt, pp. 54-56, 61.

20. Deny. Dep., Hogfeldt, pp. 54-56, 61.

21. Deny. Dep., Hogfeldt, pp. 54-56, 61.

22. Deny. Dep., Hogfeldt, pp. 54-56, 61.

23. Deny. Dep., Hogfeldt, pp. 54-57.

24. Deny. Dep., Hogfeldt, pp. 54-57.

25. Deny. Dep., Hogfeldt, pp. 55-56, 61, 63-65, 71-72.

26. Deny. Dep., Hogfeldt, pp. 58.

27. Deny. Dep., Hogfeldt, p. 58.

28. Deny. Dep., Hogfeldt, p. 58.

29. The term "off-duty" is a legal conclusion not supported by the testimony referred to.

30. Deny. Dep., Hogfeldt, p. 59.

31. The Plaintiff has no independent knowledge of the truth or falsity of this statement.

32. The Plaintiff has no independent knowledge of the truth or falsity of this statement.

33. The Plaintiff has no independent knowledge of the truth or falsity of this statement.

34. The Plaintiff has no independent knowledge of the truth or falsity of this statement.

35. The Plaintiff has no independent knowledge of the truth or falsity of this

        statement.

36. The Plaintiff has no independent knowledge of the truth or falsity of this statement.

37. The Plaintiff has no independent knowledge of the truth or falsity of this statement.

38. The Plaintiff has no independent knowledge of the truth or falsity of this statement.

39. The Plaintiff has no independent knowledge of the truth or falsity of this statement.

40. The Plaintiff has no independent knowledge of the truth or falsity of this statement.

**LIST OF ISSUES OF MATERIAL FACT
AS TO WHICH THERE IS A GENUINE ISSUE TO BE TRIED**

1. Whether the individual defendants are protected by the doctrine of qualified immunity;

2. Whether the individual defendants used excessive force in their dealings with the plaintiff;

3. Whether the individual defendants failed to prevent other individual defendants from using excessive force in their dealings with the plaintiff;

4. Whether the individual defendants assaulted the plaintiff while he was in police custody;

5. Whether the individual plaintiffs failed to prevent other individual defendants from assaulting the plaintiff while he was in police custody;

6. Whether the Town of Old Saybrook through its policies and customs caused the plaintiff's injuries

        **PLAINTIFF,**

        **By**_____
        A. Paul Spinella, Esq.
        Spinella & Associates
        One Lewis Street
        Hartford, CT 06103
        860 728-4900
        Fed. Bar No.: ct00078

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, postage prepaid, via U.S. mail to the following counsel of record on this date to:

>Bruce E. Newman, Esq.
>Newman, Creed & Associates
>99 North Street, Route 6
>PO Box 575
>Bristol, CT 06011
>
>Thomas R. Gerarde, Esq.
>John J. Radshaw, III, Esq.
>Howd & Ludorf
>65 Wethersfield Avenue
>Hartford, CT  06114

_____
A. Paul Spinella, Esq.