UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KARL HOGFELDT | : NO.: 3:01CV1979 (WWE) |
| | : |
| v. | : |
| | : |
| OLD SAYBROOK POLICE DEPARTMENT | : |
| SERGEANT DONALD HULL; PATROLMAN | : |
| DAVID PERRROTTI; PATROLMAN CHRIS | : |
| DEMARCO; PATROLMAN JAY RANKIN; | : |
| EACH INDIVIDUALLY AND AS POLICE | : |
| OFFICERS AND MEMBERS OF THE OLD | : |
| SAYBROOK POLICE DEPARTMENT; AND | : |
| THE TOWN OF OLD SAYBROOK | : MAY 25, 2004 |

**MOTION OF EXTENSION OF TIME TO
DISCLOSE EXPERT WITNESSES**

The defendants, Town of Old Saybrook Police Department, Sergeant Donald Hull, Patrolman David Perrrotti, Patrolman Chris DeMarco, Patrolman Jay Rankin and the Town of Old Saybrook, hereby move for an extension of time in which to disclose experts on their behalf until June 30, 2004.

In support of this motion, the defendants offer as follows:

1. Defendants' expert has been waylaid by the springtime graduation season and cannot reasonably complete his report and documentation by June 2, 2004.

ORAL ARGUMENT IS NOT REQUESTED

Therefore, the defendants submit that an extension of time until June 30, 2004 is fair, just and reasonable under the circumstances.

WHEREFORE, the defendants pray that the motion is granted.

DEFENDANTS,
OLD SAYBROOK POLICE DEPARTMENT, SERGEANT DONALD HULL, PATROLMAN DAVID PERRROTTI, PATROLMAN CHRIS DEMARCO, PATROLMAN JAY RANKIN AND THE TOWN OF OLD SAYBROOK

By/s/John J. Radshaw, III
  John J. Radshaw, III
  ct19882
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 (Fax)
  E-mail:  jradshaw@hl-law.com

## CERTIFICATION

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. mail to the following counsel of record this 25th day of May, 2004.

Bruce E. Newman, Esquire
Newman, Creed & Associates
99 North Street, Route 6
P.O. Box 575
Bristol, CT 06011

A. Paul Spinella, Esquire
Spinella & Associates
One Lewis Street
Hartford, CT 06103

                                             /s/John J. Radshaw, III
                                             John J. Radshaw, III