**FILED**

2004 MAY 27 A 9: 15

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KARL HOGFELDT | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01 CV 1979 (WWE) |
| | : | |
| vs. | : | |
| | : | |
| OLD SAYBROOK POLICE DEPARTMENT | : | |
| SERGEANT DONALD HULL; PATROLMAN | : | |
| DAVID PERROTTI; PATROLMAN CHRIS | : | |
| DEMARCO; PATROLMAN JAY RANKIN; | : | |
| EACH INDIVIDUALLY AND AS POLICE | : | |
| OFFICERS AND MEMBERS OF THE OLD | : | |
| SAYBROOK POLICE DEPARTMENT; AND | : | |
| THE TOWN OF OLD SAYBROOK OF | : | |
| OLD SAYBROOK | : | MAY 18, 2004 |

**OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The plaintiff in the above-entitled action hereby objects to the defendants' Motion for Summary Judgment. The defendants moved for summary judgment as to each and every allegation contained within the plaintiff's Complaint. As more particularly set forth in the attached Memorandum of Law in objection to the defendants' motion, the plaintiff demonstrates that there are issues of material fact in dispute, particularly as to the involvement of the individual defendants, whether the force used was excessive, whether the plaintiff was assaulted, and whether the town had a policy, practice or procedure of failing to properly train, supervise, and discipline its police officers.

In support of his objection, the Plaintiff submits the attached memorandum of law

and its accompanying exhibits.

PLAINTIFF,

By /s/ A. Paul Spinella

A. Paul Spinella, Esq.
Spinella & Associates
One Lewis Street
Hartford, CT 06103
860 728-4900
Juris #: 413617
Fed. Bar No.: CT00078

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, postage prepaid, via U.S. mail to the following counsel of record on this date to:

> Bruce E. Newman, Esq.
> Newman, Creed & Associates
> 99 North Street, Route 6
> PO Box 575
> Bristol, CT 06011
>
> Thomas R. Gerarde, Esq.
> John J. Radshaw, III, Esq.
> Howd & Ludorf
> 65 Wethersfield Avenue
> Hartford, CT 06114

/s/ A. Paul Spinella
A. Paul Spinella