FILED

2004 MAY 27  A 11: 46

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KARL HOGFELDT                              :    NO.: 3:01CV1979 (WWE)

v.                                         :

OLD SAYBROOK POLICE DEPARTMENT  :
SERGEANT DONALD HULL; PATROLMAN  :
DAVID PERRROTTI; PATROLMAN CHRIS  :
DEMARCO; PATROLMAN JAY RANKIN;  :
EACH INDIVIDUALLY AND AS POLICE  :
OFFICERS AND MEMBERS OF THE OLD  :
SAYBROOK POLICE DEPARTMENT; AND  :
THE TOWN OF OLD SAYBROOK        :    MAY 25, 2004

## MOTION OF EXTENSION OF TIME TO
## DISCLOSE EXPERT WITNESSES

The defendants, Town of Old Saybrook Police Department, Sergeant Donald

Hull, Patrolman David Perrrotti, Patrolman Chris DeMarco, Patrolman Jay Rankin and

the Town of Old Saybrook, hereby move for an extension of time in which to disclose

experts on their behalf until June 30, 2004.

In support of this motion, the defendants offer as follows:

1.    Defendants' expert has been waylaid by the springtime graduation

      season and cannot reasonably complete his report and documentation

      by June 2, 2004.

ORAL ARGUMENT IS NOT REQUESTED

Motion GRANTED to June 30, 2004

WARREN W EGINTON
Senior United States District Judge
5/28/04

FILED
2004 JUN -1  A 9: 47
U.S. DISTRICT COURT
BRIDGEPORT, CONN