

FILED

2004 MAY 27 A 11: 48

UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KARL HOGFELDT | : | NO.: 3:01CV1979 (WWE) |
| v. | : | |
| OLD SAYBROOK POLICE DEPARTMENT SERGEANT DONALD HULL; PATROLMAN DAVID PERRROTTI; PATROLMAN CHRIS DEMARCO; PATROLMAN JAY RANKIN; EACH INDIVIDUALLY AND AS POLICE OFFICERS AND MEMBERS OF THE OLD SAYBROOK POLICE DEPARTMENT; AND THE TOWN OF OLD SAYBROOK | : | MAY 26, 2004 |

## MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE REPLY BRIEF

The defendants, Town of Old Saybrook Police Department, Sergeant Donald Hull, Patrolman David Perrrotti, Patrolman Chris DeMarco, Patrolman Jay Rankin and the Town of Old Saybrook, hereby move the Court for an enlargement of time up to and including July 15, 2004, in which to file a reply brief.

In support of this motion, the defendants offer as follows:

1. The plaintiff recently filed his objection to the defendants' motion for summary judgment dated May 18, 2004. The plaintiff's memorandum of law in opposition relies on affidavits from expert witnesses.

2. In order to file a complete and accurate reply, the defendants need to depose the plaintiff's experts.



Motion GRANTED to June 30, 2004
WARREN W. EGINTON
Senior United States District Judge
6/7/04

FILED
2004 JUN -8 P 2: 00
U.S. DISTRICT COURT
BRIDGEPORT, CONN