UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KARL HOGFELDT, | : | 3:01CV1979 (WWE) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OLD SAYBROOK P.D., et al., | : | |
| Defendants | : | |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly Fitzsimmons for the following purposes:

\_\_\_\_\_ All purposes including trial upon written request by all parties (orefcs.)

\_\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_\_ To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

XXX  A ruling on the following motion which is currently pending (orefm.): Doc.# 36 Defendants' Motion to Strike Plaintiff's Expert Disclosure

\_\_\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_\_ A scheduling conference (orefmisc/cnf)

\_\_\_\_ Other: A hearing on damages(orefmisc./misc)

SO ORDERED this 23rd day of July, 2003, at Bridgeport, Connecticut.

_____/s/_____
Warren W. Eginton, Senior U.S.D.J.