UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KARL HOGFELDT | : | NO.: 3:01CV1979 (WWE) |
| | : | |
| v. | : | |
| | : | |
| OLD SAYBROOK POLICE DEPARTMENT | : | |
| SERGEANT DONALD HULL; PATROLMAN | : | |
| DAVID PERRROTTI; PATROLMAN CHRIS | : | |
| DEMARCO; PATROLMAN JAY RANKIN; | : | |
| EACH INDIVIDUALLY AND AS POLICE | : | |
| OFFICERS AND MEMBERS OF THE OLD | : | |
| SAYBROOK POLICE DEPARTMENT; AND | : | |
| THE TOWN OF OLD SAYBROOK | : | JULY 29, 2004 |

## MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE A JOINT TRIAL MEMORANDUM

The defendants hereby move for an enlargement of time within which to file a Joint Trial Memorandum in the above-captioned civil action. The defendants are seeking an order that the Joint Trial Memorandum in the above matter be due forty-five (45) days after a settlement conference is held with United States Magistrate Judge William Garfinkel. Plaintiff's counsel, A. Paul Spinella, has consented to the requested enlargement of time.

ORAL ARGUMENT IS NOT REQUESTED

This is the first Motion for Enlargement of Time Within Which to file a Joint Trial Memorandum filed by the defendants.

        DEFENDANTS,
        OLD SAYBROOK POLICE DEPARTMENT, SERGEANT DONALD HULL, PATROLMAN DAVID PERRROTTI, PATROLMAN CHRIS DEMARCO, PATROLMAN JAY RANKIN AND THE TOWN OF OLD SAYBROOK

        By __/s/ Thomas R. Gerarde____
         Thomas R. Gerarde
         ct05640
         Howd & Ludorf
         65 Wethersfield Avenue
         Hartford, CT  06114
         (860) 249-1361
         (860) 249-7665
         E-mail:  tgerarde@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 29th day of July, 2004.

Bruce E. Newman, Esquire
Newman, Creed & Associates
99 North Street, Route 6
P.O. Box 575
Bristol, CT 06011

A. Paul Spinella, Esquire
Spinella & Associates
One Lewis Street
Hartford, CT  06103

　　　　　　　　　　　　　　　　　　　　　　　　____/s/ Thomas R. Gerarde____
　　　　　　　　　　　　　　　　　　　　　　　　Thomas R. Gerarde