Motion DENIED as moot. 8/12/04

/s/ W. EGINTON, Sr. U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KARL HOGFELDT<br>Plaintiff | CIVIL ACTION NO.<br>3:01 CV 1979 (WWE) |
| vs. | |
| OLD SAYBROOK POLICE DEPARTMENT SERGEANT DONALD HULL; PATROLMAN DAVID PERROTTI; PATROLMAN CHRIS DEMARCO; PATROLMAN JAY RANKIN; EACH INDIVIDUALLY AND AS POLICE OFFICERS AND MEMBERS OF THE OLD SAYBROOK POLICE DEPARTMENT; AND THE TOWN OF OLD SAYBROOK OF OLD SAYBROOK | MAY 18, 2004 |

FILED 2004 MAY 19 P 2:56 U.S. DISTRICT COURT BRIDGEPORT

### PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT UNSIGNED AFFIDAVIT IN SUPPORT OF RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Plaintiff in the above-referenced matter hereby submits his brief in opposition to the Defendants' Motion for Summary Judgment which includes the unsigned affidavit of a Mr. Stephen White.

The Plaintiff requests leave to submit said affidavit with further leave of the court to submit a signed affidavit at a future date.

In support of his Motion the Plaintiff hereby represents:

1. Mr. Stephen White is a material witness to the Plaintiff's claim;

1