55

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KARL HOGFELDT                          :    NO.: 3:01CV1979 (WWE)

v.                                     :

OLD SAYBROOK POLICE DEPARTMENT         :
SERGEANT DONALD HULL; PATROLMAN        :
DAVID PERRROTTI; PATROLMAN CHRIS       :
DEMARCO; PATROLMAN JAY RANKIN;         :
EACH INDIVIDUALLY AND AS POLICE        :
OFFICERS AND MEMBERS OF THE OLD        :
SAYBROOK POLICE DEPARTMENT; AND        :
THE TOWN OF OLD SAYBROOK               :    JULY 29, 2004

**MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE A JOINT TRIAL MEMORANDUM**

The defendants hereby move for an enlargement of time within which to file a Joint Trial Memorandum in the above-captioned civil action. The defendants are seeking an order that the Joint Trial Memorandum in the above matter be due forty-five (45) days after a settlement conference is held with United States Magistrate Judge William Garfinkel. Plaintiff's counsel, A. Paul Spinella, has consented to the requested enlargement of time.

ORAL ARGUMENT IS NOT REQUESTED

Motion DENIED AS MOOT. 8/18/04

WARREN W. EGINTON, Senior U.S. District Judge