UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
KARL HOGFELDT,                  :    3:01CV1979 (WWE)
     Plaintiff,                 :
                                :
v.                              :
                                :
OLD SAYBROOK P.D., et al.,      :
     Defendants                 :
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly Fitzsimmons for the following purposes:

\_\_\_\_\_ All purposes including trial upon written request by all parties (orefcs.)

\_\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_\_ To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

\_\_\_\_ A ruling on the following motion which is currently pending (orefm.):

XXX  A settlement conference (parties request ASAP) (orefmisc./cnf)

\_\_\_\_ A scheduling conference  (orefmisc/cnf)

\_\_\_\_ Other: A hearing on damages(orefmisc./misc)


SO ORDERED this 18th day of August, 2004, at Bridgeport, Connecticut.

```
                    _____/s/_____
                    Warren W. Eginton, Senior U.S.D.J.
```