UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
Karl Hogfeldt,                      :
                                    :
        Plaintiff,                  :
                                    :
v.                                  :   CIV. NO. 3:01cv1979 (WWE)
                                    :
                                    :
Old Saybrook Police Dept.,          :
Et Al                               :
                                    :
        Defendants.                 :
```

ORDER

Plaintiff will disclose the remaining expert materials for Dr. Ira Kanfer on or before December 30, 2004.

Defendants will depose Dr. Kanfer on or before January 21, 2004.

The parties shall contact the court to reschedule the settlement conference once Dr. Kanfer's deposition has been conducted.

The parties are instructed to contact the court immediately should a problem arise that cannot otherwise be resolved. Failure to comply with the terms of this order may result in sanctions.

This is not a recommended order. This is a discovery order which is reviewable pursuant to the "clearly erroneous" statutory

standard of review.  28 U.S.C. § 636 (b)(1)(A); Fed. R. Civ. P. 6(a), 6(e) and 72(a); and Rule 2 of the Local Rules for United States Magistrate Judges.  As such, it is an order of the Court unless reversed or modified by the district judge upon motion timely made.

    SO ORDERED at Bridgeport this 21st day of December 2004.

```
        ____/s/_____
        HOLLY B. FITZSIMMONS
        UNITED STATES MAGISTRATE JUDGE
```