# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**HOGFELDT**

3:01-cv-01979(WWE)

**V.** _____

**OLD SAYBROOK POLICE, ET AL.**

## PRETRIAL ORDER

This case is scheduled to begin trial the week of JUNE 6, 2005. Jury selection will occur on JUNE 6, 2005. BY MAY 8, 2005, each party shall exchange and file with the Court, in **DUPLICATE**, Trial Memoranda which shall contain the following information:

1) Brief summary of case

2) Proposed Voir Dire

3) List of Witnesses

4) List of Exhibits

5) Deposition designations and cross-designations.

6) Proposed **JURY INSTRUCTIONS** and **INTERROGATORIES** for Special Verdict forms **(WITH WORDPERFECT 10 DISC)**.

Dated this MARCH 10, 2005 at Bridgeport, Connecticut.

_____/s/_____
Warren W. Eginton
Senior U.S. District Judge