UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KARL HOGFELDT | : | NO.: 3:01CV1979 (WWE) |
| | : | |
| v. | : | |
| | : | |
| OLD SAYBROOK POLICE DEPARTMENT | : | |
| SERGEANT DONALD HULL; PATROLMAN | : | |
| DAVID PERRROTTI; PATROLMAN CHRIS | : | |
| DEMARCO; PATROLMAN JAY RANKIN; | : | |
| EACH INDIVIDUALLY AND AS POLICE | : | |
| OFFICERS AND MEMBERS OF THE OLD | : | |
| SAYBROOK POLICE DEPARTMENT; AND | : | |
| THE TOWN OF OLD SAYBROOK | : | APRIL 22, 2005 |

## MOTION FOR QUALIFIED PROTECTIVE ORDER

The defendants, Old Saybrook Police Department, Sergeant Donald Hull, Patrolman David Perrrotti, Patrolman Chris DeMarco, Patrolman Jay Rankin and The Town of Old Saybrook, herby move pursuant to 45 C.F.R. § 164.512(e)(1)(V) that a qualified protective order enter from the court as follows:

1. That the parties be prohibited from using or disclosing any protected health information obtained by a subpoena for any purpose other than the litigation; and

2. That the parties return to the covered entity or destroy all protected health information at the end of the litigation.

3. This protective order applies to Karl Hogfeldt's protected heath information disclosed by the following providers:

Middlesex Hospital
28 Crescent St.
Middletown, CT  06457

Dr. Edward S. Tucker
67 N. Main St.
Essex, CT  06426

Dr. Langdon
5 Durham Rd.
Guilford, CT  06437

Dr. Raji Mulukutkla
80 South Main Street
Middletown, CT  06457

Wildwood Orthopedics
One Wildwood Medical Center
Essex, CT  06426

Dr. Carol E. Gordon
1156 Boston Post Road
Old Saybrook, CT  06475
**388-2020**

Dr. Mark Lorenze
Shoreline Orthopedics & Sports Medicine
12 Bokum Road
Essex, CT  06426
**767-9053**

Dr. David Roberts
198 South Main St.
Middletown, Ct  06457
**346-7505**

Monya Elgart, O.D.
1156 Boston Post Rd.
P.O. Box 432
Old Saybrook, CT  06475

The defendants move the court for this protective order because they will be seeking medical records by subpoena pursuant to Fed. R.Civ. P. 45 and 45 C.F.R. § 164.512 (e).

Pursuant to Fed. R. Civ. P. 45, the defendants have given prior notice to the plaintiff's attorney of their intent to obtain these records by subpoena. 45 C.F.R. § 164.512 (e) provides entities covered by HIPPA may disclose protected health information in response to a subpoena if the covered entity receives satisfactory assurance that the party seeking the information has made reasonable efforts to secure a qualified protective order that meets the requirements of paragraphs (e)(1)(v) of that section. These requirements are as follows:

1. That the parties be prohibited from using or disclosing any protected health information obtained by a subpoena for any purpose other than the litigation; and

2. That the parties return to the covered entity or destroy all protected health information at the end of the litigation.

DEFENDANTS,
OLD SAYBROOK POLICE DEPARTMENT,
SERGEANT DONALD HULL, PATROLMAN
DAVID PERRROTTI, PATROLMAN CHRIS
DEMARCO, PATROLMAN JAY RANKIN
AND THE TOWN OF OLD SAYBROOK

/s/ John J. Radshaw, III
John J. Radshaw, III
ct19882
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)
E-mail:  jradshaw@hl-law.com

3

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 22nd day of April, 2005.

Bruce E. Newman, Esquire
Newman, Creed & Associates
99 North Street, Route 6
P.O. Box 575
Bristol, CT 06011

A. Paul Spinella, Esquire
Spinella & Associates
One Lewis Street
Hartford, CT  06103

                              /s/ John J. Radshaw, III
                              John J. Radshaw, III