UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **KARL HOGFELDT** | : | CIVIL ACTION NO. |
|    Plaintiff | : | 3:01 CV 1979 (WWE) |
| | : | |
| vs. | : | |
| | : | |
| **OLD SAYBROOK POLICE DEPARTMENT** | : | |
| **SERGEANT DONALD HULL; PATROLMAN** | : | |
| **DAVID PERROTTI; PATROLMAN CHRIS** | : | |
| **DEMARCO; PATROLMAN JAY RANKIN;** | : | |
| **EACH INDIVIDUALLY AND AS POLICE** | : | |
| **OFFICERS AND MEMBERS OF THE OLD** | : | |
| **SAYBROOK POLICE DEPARTMENT; AND** | : | |
| **THE TOWN OF OLD SAYBROOK OF** | : | |
| **OLD SAYBROOK** | : | |
|    Defendants | : | MAY 9, 2005 |

## MOTION TO ENLARGE TIME
## RE: JOINT TRIAL MEMORANDUM

The Plaintiff in the above-referenced matter hereby requests an enlargement of time to file a Joint Trial Memorandum of ten (10) days. In support of said request the Plaintiff hereby represents:

1. Additional time is required because of the demands of the undersigned present trial calendar which has prevented him from completing this matter in conjunction with defense counsel;

2. The Plaintiff has begun work on this matter which has been substantially completed in draft form;

3. This is the first request for additional time;

4. Defense counsel has no objection to this request.

**ACCORDINGLY**, the Plaintiff hereby requests an extension of time of ten (10) days to May 19, 2005 for filing said Motion.

**PLAINTIFF,**

BY_____
A. Paul Spinella, Esq.
**Spinella & Associates**
**One Lewis Street**
**Hartford, CT 06103**
**Telephone:** 860 728-4900
**Federal Bar #: ct00078**
Email: attorneys@spinella-law.com

**CERTIFICATION**

**THIS IS TO CERTIFY** that a copy of the foregoing has been mailed postage pre-paid on this date to:

Daniel C. DeMerchant, Esq.
Thomas R. Gerarde, Esq.
John J. Radshaw, III
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Bruce E. Newman, Esq.
Law Offices of Bruce E. Newman, LLC
One High Street
P.O. Box 927
Deep River, CT 06417

_____
A. Paul Spinella, Esq.