**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KARL HOGFELDT | : | NO.: 3:01CV1979 (WWE) |
| | : | |
| v. | : | |
| | : | |
| OLD SAYBROOK POLICE DEPARTMENT; | : | |
| ET AL | : | MAY 17, 2005 |

## DEFENDANTS' PROPOSED SPECIAL VERDICT FORM

    1.    Do you find by a preponderance of the evidence that SERGEANT HULL committed assault and battery upon the plaintiff without justification?

                                                                             Yes _____   No _____

    2.    Do you find by a preponderance of the evidence that SERGEANT HULL violated KARL HOGFELDT's Fourth Amendment right to be free from excessive force?

                                                                             Yes _____   No _____

    3.    Do you find by a preponderance of the evidence that OFFICER DEMARCO committed assault and battery upon the plaintiff without justification?

                                                                             Yes _____   No _____

    4.    Do you find by a preponderance of the evidence that OFFICER DEMARCO violated KARL HOGFELDT's Fourth Amendment right to be free from excessive force?

                                                                             Yes _____   No _____

    5.    Do you find by a preponderance of the evidence that OFFICER PERROTTI committed assault and battery upon the plaintiff without justification?

                                                                             Yes _____   No _____

    6.    Do you find by a preponderance of the evidence that OFFICER PERROTTI violated KARL HOGFELDT's Fourth Amendment right to be free from excessive force?

                                                                             Yes _____   No _____

    7.    Do you find by a preponderance of the evidence that OFFICER RANKIN committed assault and battery upon the plaintiff without justification?

                                                                             Yes _____   No _____

    8.    Do you find by a preponderance of the evidence that OFFICER RANKIN violated KARL HOGFELDT's Fourth Amendment right to be free from excessive force?

                                                                             Yes _____   No _____

**Only if you have answered yes to at least one of questions 2, 4, 6, and/or 8, you may consider question 10. Otherwise, if you answered yes to any question 1-8, go to 11.**

10.  Do you find by a preponderance of the evidence that the TOWN OF OLD SAYBROOK had a persistent or widespread policy, custom, pattern or practice of police officers using unreasonable force and that persistent or widespread policy, custom, pattern or practice caused a deprivation of KARL HOGFELDT's constitutional rights?

Yes \_\_\_\_\_    No \_\_\_\_\_

11.  Which of the following damages do you find the plaintiffs have proved by the preponderance of the evidence and how much do you award?

| | |
|---|---|
| Economic Damages | _____ |
| Non-Economic Damages | _____ |
| Punitive damages | _____ |
| **TOTAL** | _____ |

_____     _____
DATE                                                        FOREPERSON