UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **KARL HOGFELDT** | : | CIVIL ACTION NO. |
| **Plaintiff** | : | 3:01 CV 1979 (WWE) |
| | : | |
| vs. | : | |
| | : | |
| **OLD SAYBROOK POLICE DEPARTMENT** | : | |
| **SERGEANT DONALD HULL; PATROLMAN** | : | |
| **DAVID PERROTTI; PATROLMAN CHRIS** | : | |
| **DEMARCO; PATROLMAN JAY RANKIN;** | : | |
| **EACH INDIVIDUALLY AND AS POLICE** | : | |
| **OFFICERS AND MEMBERS OF THE OLD** | : | |
| **SAYBROOK POLICE DEPARTMENT; AND** | : | |
| **THE TOWN OF OLD SAYBROOK OF** | : | |
| **OLD SAYBROOK** | : | JULY 19, 2005 |

**MOTION TO STRIKE DEFENDANTS'**
**SUPPLEMENTAL EXPERT WITNESS DISCLOSURE**

The Plaintiff in the above-referenced matter hereby moves to Strike the Dependants' "Supplemental Disclosure of Expert Witness" dated July 5, 2005, on the following grounds:

1. Said disclosure is untimely as it is made beyond the scheduling order imposed in this case;

2. In addition, said disclosure violates Fed. R. Civ. P. 26(a)(2) in the following ways:

    a. No report is attached;

    b.       The testimonial and consulting history of the expert is not attached;

    c.       Both the nature of the opinion to be rendered and the facts upon which said experts will rely are not set forth.

**ACCORDINGLY**, for the above-referenced reasons, the Plaintiff requests that the court grant the present Motion to Strike.

**PLAINTIFF,**

BY_____
**A. Paul Spinella, Esq.**
**Spinella & Associates**
**One Lewis Street**
**Hartford, CT 06103**
**Telephone:   860 728-4900**
**Federal Bar #: ct00078**
**Email: attorneys@spinella-law.com**

3

**CERTIFICATION**

**THIS IS TO CERTIFY** that a copy of the foregoing has been mailed postage pre-paid on this date to:

Daniel C. DeMerchant, Esq.
Thomas R. Gerarde, Esq.
John J. Radshaw, III
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Bruce E. Newman, Esq.
Law Offices of Bruce E. Newman, LLC
One High Street
P.O. Box 927
Deep River, CT 06417

_____
A. Paul Spinella, Esq.