UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KARL HOGFELDT | : | NO.:  3:01CV1979 (WWE) |
| | : | |
| v. | : | |
| | : | |
| OLD SAYBROOK POLICE DEPARTMENT; | | |
| SERGEANT DONALD HULL; PATROLMAN: | | |
| DAVID PERRROTTI; PATROLMAN CHRIS | : | |
| DEMARCO; PATROLMAN JAY RANKIN; | : | |
| EACH INDIVIDUALLY AND AS POLICE | : | |
| OFFICERS AND MEMBERS OF THE OLD | : | |
| SAYBROOK POLICE DEPARTMENT; AND | : | |
| THE TOWN OF OLD SAYBROOK | : | AUGUST 30, 2005 |

## **APPEARANCE**

Please enter the appearance of Jeffrey E. Potter as attorney for all defendants, in addition to the appearances already on file by this firm.

DEFENDANTS,
OLD SAYBROOK POLICE
DEPARTMENT, SERGEANT DONALD
HULL, PATROLMAN DAVID PERRROTTI,
PATROLMAN CHRIS DEMARCO,
PATROLMAN JAY RANKIN AND THE
TOWN OF OLD SAYBROOK


By   /s/ Jeffrey E. Potter
  Jeffrey E. Potter
   ct26356
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665) FAX
  jpotter@hl-law.com

## CERTIFICATION

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 30th day of August, 2005.

A. Paul Spinella, Esquire
Spinella & Associates
One Lewis Street
Hartford, CT  06103

Bruce E. Newman, Esquire
Newman, Creed & Associates
99 North Street, Route 6
P.O. Box 575
Bristol, CT 06011

                                         By  /s/ Jeffrey E. Potter
                                             Jeffrey E. Potter