# EXHIBIT A

**4)** **Supplemental List of Exhibits.**

a) The defendants may introduce into evidence, in addition to previously disclosed exhibits, one or more of the following exhibits:

Medical Records, Middlesex Hospital, dated 9/24/98 to 5/9/03

Police Report dated 9/24/98 (if obtained)

Police Report dated 2/3/00 (if obtained)