UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KARL HOGFELDT | : NO.: 3:01CV1979 (WWE) |
| v. | : |
| OLD SAYBROOK POLICE DEPARTMENT, ET AL | : SEPTEMBER 12, 2005 |

**DEFENDANTS' MOTION FOR ORDER TO DISCLOSE FEDERAL BUREAU OF INVESTIGATION RECORDS**

Pursuant to Title 5 U.S.C. § 552a(b)(11), the defendants, OLD SAYBROOK POLICE DEPARTMENT, SERGEANT DONALD HULL, PATROLMAN DAVID PERROTTI, PATROLMAN CHRIS DEMARCO, PATROLMAN JAY RANKIN and the TOWN OF OLD SAYBROOK, hereby move the court for an order authorizing the disclosure of the following United States Department of Justice Federal Bureau of Investigation ("FBI") records, located in New Haven, Connecticut, related to the above matter and referenced as FBI File No. 282A-NH-40281:

1. Witness Statements (redacted versions attached hereto as **Exhibit A**).

2. Any statements or information conveyed by Karl Hogfeldt including information contained in agent notes.

3. Any correspondence or communication, including information contained or conveyed in agent notes, from Plaintiff's attorneys, A. Paul Spinella and Bruce Newman.

4. Agent interview notes.

In support of this motion, the defendants offer as follows:

1. These materials are relevant to this matter.

2. Plaintiff has expressed his intent to offer some or all of these materials at trial in addition to the testimony of the FBI investigating agent.

Consistent with D.Conn.L.Civ.R. 7(a), a memorandum of law in support of this motion is filed herewith.

WHEREFORE, the defendants pray that their is granted.

> THE DEFENDANTS,
> OLD SAYBROOK POLICE DEPARTMENT, SERGEANT DONALD HULL, PATROLMAN DAVID PERROTTI, PATROLMAN CHRIS DEMARCO, PATROLMAN JAY RANKIN AND THE TOWN OF OLD SAYBROOK
>
> _____
> Jeffrey E. Potter, ct26356
> HOWD & LUDORF, LLC
> 65 Wethersfield Avenue
> Hartford, CT 06114
> (860) 249-1361
> (860) 249-7665 (fax)

## CERTIFICATION

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 12th day of September 2005.

Bruce E. Newman, Esquire
Newman, Creed & Associates
99 North Street, Route 6
P.O. Box 575
Bristol, CT 06011

A. Paul Spinella, Esquire
Spinella & Associates
One Lewis Street
Hartford, CT 06103

David Rhieu
Chief Division Counsel
FBI New Haven
600 State Street
New Haven, CT 06511-6505

_____
Jeffrey E. Potter