UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KARL HOGFELDT | : | NO.: 3:01CV1979 (WWE) |
| | : | |
| v. | : | |
| | : | |
| OLD SAYBROOK POLICE DEPARTMENT, ET AL | : | SEPTEMBER 13, 2005 |

**DEFENDANTS' MOTION IN LIMINE RE TESTIMONY OF ATTORNEY PAUL BIALOBRZESKI**

Pursuant to Fed.R.Civ.P. 33 and 34, the defendants, OLD SAYBROOK POLICE DEPARTMENT, SERGEANT DONALD HULL, PATROLMAN DAVID PERROTTI, PATROLMAN CHRIS DEMARCO, PATROLMAN JAY RANKIN and the TOWN OF OLD SAYBROOK, move in limine for an order prohibiting the plaintiff from introducing any evidence on the following subjects:

1. Testimony from Attorney Paul Bialobrzeski.

In support of this motion, the defendants offer as follows:

1. The testimony from Attorney Bialobrzeski is irrelevant;

2. Attorney Bialobrzeski was never previously disclosed as a potential witness;

3. The defendants have suffered prejudice as a result of the failure to disclose Attorney Bialobrzeski.

Consistent with D.Conn.L.Civ.R. 7(a), a memorandum of law in support of this motion is filed herewith.

2

WHEREFORE, the defendants pray that their motion in limine is granted.

          THE DEFENDANTS,
          OLD SAYBROOK POLICE
          DEPARTMENT, SERGEANT DONALD
          HULL, PATROLMAN DAVID
          PERROTTI, PATROLMAN CHRIS
          DEMARCO, PATROLMAN JAY
          RANKIN AND THE TOWN OF OLD
          SAYBROOK

          _____/s/ John J. Radshaw, III____
          John J. Radshaw, III, ct 19882
          HOWD & LUDORF, LLC
          65 Wethersfield Avenue
          Hartford, CT  06114
          (860) 249-1361
          (860) 249-7665 (fax)

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 13th day of September 2005.

Bruce E. Newman, Esquire
Newman, Creed & Associates
99 North Street, Route 6
P.O. Box 575
Bristol, CT 06011

A. Paul Spinella, Esquire
Spinella & Associates
One Lewis Street
Hartford, CT  06103

                                                  _____/s/ John J. Radshaw, III____
                                                  John J. Radshaw, III