UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KARL HOGFELDT : | NO.: 3:01CV1979 (WWE) |
| : | |
| v. : | |
| : | |
| OLD SAYBROOK POLICE DEPARTMENT; : | |
| SERGEANT DONALD HULL; PATROLMAN : | |
| DAVID PERRROTTI; PATROLMAN CHRIS : | |
| DEMARCO; PATROLMAN JAY RANKIN; : | |
| EACH INDIVIDUALLY AND AS POLICE : | |
| OFFICERS AND MEMBERS OF THE OLD : | |
| SAYBROOK POLICE DEPARTMENT; AND : | |
| THE TOWN OF OLD SAYBROOK : | NOVEMBER 9, 2001 |

**DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION DIRECTED TO THE PLAINTIFF**

Defendants, Old Saybrook Police Department, Sergeant Donald Hull, Patrolman David Perrotti, Patrolman Chris Demarco, Patrolman Jay Rankin and the Town of Old Saybrook, request that the plaintiff, Karl Hogfeldt, answer under oath in accordance with Rule 33 of the Fed. R. Civ. P., the interrogatories attached hereto, and produce for inspection, copying, testing or sampling, as the case may be, the documents or tangible things described hereinafter, pursuant to Rule 34 of the Fed. R.

7. A copy of any non-privileged statement of any party in this lawsuit concerning this action or its subject matter.

ANSWER:

8. All invoices generated by any attorney who represented you in any criminal charges filed against you as a result of any of the alleged activities of the defendants.

ANSWER:

9. A copy of any employment/retainer agreement between yourself and the law firm of Bruce E. Newman which governs your legal representation in the present case.

ANSWER:     Provided.

13

I, Karl Hogfeldt, hereby certify that I have reviewed the above Interrogatories and Responses thereto and that they are true and accurate to the best of my knowledge and belief.

_____
Karl Hogfeldt

State of Connecticut )
                     ) ss: Clinton, CT
County of Middlesex )

Sworn and subscribed to me on this 15th day of January, 2002.

_____
Notary Public/Commissioner of Superior Court
Bruce E. Newman

**CERTIFICATION**

This certifies that a copy of the foregoing was mailed, postage prepaid, on this 18th day of January, 2002 to:

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

_____
Bruce E. Newman

LAW OFFICES OF
BRUCE E. NEWMAN, LLC
P.O. BOX 575
99 NORTH ST., RTE. 6
BRISTOL, CT 06011-0575
TEL: (860) 583-5200
JURIS NO. 401277