**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

KARL HOGFELDT                           :         NO.:  3:01CV1979 (WWE)
                                        :
v.                                      :
                                        :
OLD SAYBROOK POLICE DEPARTMENT,         :
ET AL                                   :         SEPTEMBER 13, 2005

<u>**DEFENDANTS' MOTION IN LIMINE RE OTHER ACT EVIDENCE**</u>

Pursuant to Fed.R.Civ.P. 33 and 34, the defendants, OLD SAYBROOK POLICE

DEPARTMENT, SERGEANT DONALD HULL, PATROLMAN DAVID PERROTTI,

PATROLMAN CHRIS DEMARCO, PATROLMAN JAY RANKIN and the TOWN OF OLD

SAYBROOK, move in limine for an order prohibiting the plaintiff from introducing any

evidence on the following subjects:

1.    Testimony and evidence regarding prior lawsuits;

2.    Testimony and evidence regarding prior citizen complaints;

3.    Testimony and evidence regarding internal affairs investigations;

4.    Testimony and evidence regarding activities of the police union;

5.    Testimony and evidence regarding prior discipline.

In support of this motion, the defendants offer as follows:

1.    This evidence is irrelevant;

2.    This evidence is overly prejudicial with little or no correlative probative

      value;

3.    This evidence is inadmissible character evidence offered to show

propensity to engage in misconduct.

Consistent with D.Conn.L.Civ.R. 7(a), a memorandum of law in support of this

motion is filed herewith.

WHEREFORE, the defendants pray that their motion in limine is granted.

THE DEFENDANTS,
OLD SAYBROOK POLICE
DEPARTMENT, SERGEANT DONALD
HULL, PATROLMAN DAVID
PERROTTI, PATROLMAN CHRIS
DEMARCO, PATROLMAN JAY
RANKIN AND THE TOWN OF OLD
SAYBROOK

_____/s/ John J. Radshaw, III_____
John J. Radshaw, III, ct 19882
HOWD & LUDORF, LLC
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 13th day of September 2005.

Bruce E. Newman, Esquire
Newman, Creed & Associates
99 North Street, Route 6
P.O. Box 575
Bristol, CT 06011

A. Paul Spinella, Esquire
Spinella & Associates
One Lewis Street
Hartford, CT  06103

_____/s/ John J. Radshaw, III____
John J. Radshaw, III