UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KARL HOGFELDT | : NO.: 3:01CV1979 (WWE) |
| v. | : |
| OLD SAYBROOK POLICE DEPARTMENT, ET AL | : SEPTEMBER 13, 2005 |

## DEFENDANTS' MOTION IN LIMINE RE CURRICULUM VITAE AND EXPERT REPORTS

Pursuant to Fed.R.Civ.P. 33 and 34, the defendants, OLD SAYBROOK POLICE DEPARTMENT, SERGEANT DONALD HULL, PATROLMAN DAVID PERROTTI, PATROLMAN CHRIS DEMARCO, PATROLMAN JAY RANKIN and the TOWN OF OLD SAYBROOK, move in limine for an order prohibiting the plaintiff from introducing any evidence on the following subjects:

1. The CVs and Expert Reports of Ira Kanfer and Louis Reiter.

In support of this motion, the defendants offer as follows:

1. The Cvs and Expert Reports are inadmissible hearsay;

2. The CVs and Expert Reports are needlessly cumulative of other testimony;

3. The probative value of the CVs and expert reports is substantially outweighed by the danger of unfair prejudice.

Consistent with D.Conn.L.Civ.R. 7(a), a memorandum of law in support of this motion is filed herewith.

2

WHEREFORE, the defendants pray that their motion in limine is granted.

        THE DEFENDANTS,
        OLD SAYBROOK POLICE
        DEPARTMENT, SERGEANT DONALD
        HULL, PATROLMAN DAVID
        PERROTTI, PATROLMAN CHRIS
        DEMARCO, PATROLMAN JAY
        RANKIN AND THE TOWN OF OLD
        SAYBROOK


        _____/s/ John J. Radshaw, III____
        John J. Radshaw, III, ct 19882
        HOWD & LUDORF, LLC
        65 Wethersfield Avenue
        Hartford, CT  06114
        (860) 249-1361
        (860) 249-7665 (fax)

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 13th day of September 2005.

Bruce E. Newman, Esquire
Newman, Creed & Associates
99 North Street, Route 6
P.O. Box 575
Bristol, CT 06011

A. Paul Spinella, Esquire
Spinella & Associates
One Lewis Street
Hartford, CT 06103

                                                      /s/ John J. Radshaw, III
                                                   John J. Radshaw, III