**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KARL HOGFELDT | : | NO.: 3:01CV1979 (WWE) |
| | : | |
| v. | : | |
| | : | |
| OLD SAYBROOK POLICE DEPARTMENT, | : | |
| ET AL | : | SEPTEMBER 13, 2005 |

## DEFENDANTS' MOTION IN LIMINE RE HEARSAY STATEMENTS FROM TAMMI SEAMONS

Pursuant to Fed.R.Civ.P. 33 and 34, the defendants, OLD SAYBROOK POLICE DEPARTMENT, SERGEANT DONALD HULL, PATROLMAN DAVID PERROTTI, PATROLMAN CHRIS DEMARCO, PATROLMAN JAY RANKIN and the TOWN OF OLD SAYBROOK, move in limine for an order prohibiting the plaintiff from introducing any evidence on the following subjects:

1.     Hearsay statement from Doris Valenti

2.     Hearsay statments from Tammi Seamons

In support of this motion, the defendants offer as follows:

1.     These statements are clearly hearsay

2.     No exception to the hearsay rule applies to allow their admission.

Consistent with D.Conn.L.Civ.R. 7(a), a memorandum of law in support of this motion is filed herewith.

2

WHEREFORE, the defendants pray that their motion in limine is granted.

THE DEFENDANTS,
OLD SAYBROOK POLICE
DEPARTMENT, SERGEANT DONALD
HULL, PATROLMAN DAVID
PERROTTI, PATROLMAN CHRIS
DEMARCO, PATROLMAN JAY
RANKIN AND THE TOWN OF OLD
SAYBROOK


_____/s/ John J. Radshaw, III_____
John J. Radshaw, III, ct 19882
HOWD & LUDORF, LLC
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 13th day of September 2005.

Bruce E. Newman, Esquire
Newman, Creed & Associates
99 North Street, Route 6
P.O. Box 575
Bristol, CT 06011

A. Paul Spinella, Esquire
Spinella & Associates
One Lewis Street
Hartford, CT  06103

                    _____/s/ John J. Radshaw, III_____
                    John J. Radshaw, III