UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KARL HOGFELDT | NO.: 3:01CV1979 (WWE) |
| v. | |
| OLD SAYBROOK POLICE DEPARTMENT, ET AL | SEPTEMBER 13, 2005 |

**DEFENDANTS' MOTION IN LIMINE RE MEDICAL RECORDS OF DR. GOETCHEUS**

Pursuant to Fed.R.Civ.P. 33 and 34, the defendants, OLD SAYBROOK POLICE DEPARTMENT, SERGEANT DONALD HULL, PATROLMAN DAVID PERROTTI, PATROLMAN CHRIS DEMARCO, PATROLMAN JAY RANKIN and the TOWN OF OLD SAYBROOK, move in limine for an order prohibiting the plaintiff from introducing any evidence on the following subjects:

1. Testimony and medical records from Dr. John Goetcheus.

In support of this motion, the defendants offer as follows:

1. Plaintiff has never previously disclosed these records;

2. Defendants have suffered prejudice as a result of the failure to previously disclose these records.

Consistent with D.Conn.L.Civ.R. 7(a), a memorandum of law in support of this motion is filed herewith.

2

WHEREFORE, the defendants pray that their motion in limine is granted.

>THE DEFENDANTS,
>OLD SAYBROOK POLICE
>DEPARTMENT, SERGEANT DONALD
>HULL, PATROLMAN DAVID
>PERROTTI, PATROLMAN CHRIS
>DEMARCO, PATROLMAN JAY
>RANKIN AND THE TOWN OF OLD
>SAYBROOK
>
>_____/s/ John J. Radshaw, III_____
>John J. Radshaw, III, ct 19882
>HOWD & LUDORF, LLC
>65 Wethersfield Avenue
>Hartford, CT  06114
>(860) 249-1361
>(860) 249-7665 (fax)

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 13th day of September 2005.

Bruce E. Newman, Esquire
Newman, Creed & Associates
99 North Street, Route 6
P.O. Box 575
Bristol, CT 06011

A. Paul Spinella, Esquire
Spinella & Associates
One Lewis Street
Hartford, CT 06103

_____/s/ John J. Radshaw, III____
John J. Radshaw, III