UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KARL HOGFELDT | NO.: 3:01CV1979 (WWE) |
| v. | |
| OLD SAYBROOK POLICE DEPARTMENT; SERGEANT DONALD HULL; PATROLMAN DAVID PERRROTTI; PATROLMAN CHRIS DEMARCO; PATROLMAN JAY RANKIN; EACH INDIVIDUALLY AND AS POLICE OFFICERS AND MEMBERS OF THE OLD SAYBROOK POLICE DEPARTMENT; AND THE TOWN OF OLD SAYBROOK | NOVEMBER 9, 2001 |

## DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION DIRECTED TO THE PLAINTIFF

Defendants, Old Saybrook Police Department, Sergeant Donald Hull, Patrolman David Perrotti, Patrolman Chris Demarco, Patrolman Jay Rankin and the Town of Old Saybrook, request that the plaintiff, Karl Hogfeldt, answer under oath in accordance with Rule 33 of the Fed. R. Civ. P., the interrogatories attached hereto, and produce for inspection, copying, testing or sampling, as the case may be, the documents or tangible things described hereinafter, pursuant to Rule 34 of the Fed. R.

11. If you were treated at a hospital for injuries sustained in the alleged incident, state the name and location of each hospital and the dates of such treatment and confinement therein.

ANSWER:    (See response to No. 10 above.)

12. State the names and addresses of each physician, therapist, psychologist, psychiatrist, or other source of treatment for the conditions or injuries you sustained as a result of the incident alleged in your Complaint.

ANSWER: Middlesex Medical Center, Shoreline Clinic, 260 Westbrook Road, Essex, CT 06426
Dr. Edward S. Tucker, 67 North Main Street, Essex, CT 06426
Dr. Langdon, 145 Durham Road, Suite 6, Madison, CT 06443
Dr. Raji Mulukutkla, One High Street, Deep River, CT 06417
Wildwood Orthopedics, P.O. Box 697, Essex, CT 06426
Dr. Carol E. Gordon, P.O. Box 432, Old Saybrook, CT 06475

13. When and from whom did you last receive any medical attention for injuries alleged to have been sustained as a result of the incident alleged in your Complaint?

ANSWER:

Dr. Edward S. Tucker, 67 North Main Street, Essex, CT 06426
-- December 7, 1999

6

## **REQUESTS FOR PRODUCTION**

The defendants request that the plaintiff produce for inspection, copying, testing or sampling, as the case may be, the documents or tangible things described hereinafter, pursuant to Rule 34 of the Federal Rules of Civil Procedure.

    1.    All hospital records relating to treatment received as a result of the alleged incident, and to any injuries, diseases or defects to which reference is made in the answers to the preceding interrogatories, and written authorization to inspect and make copies of said hospital records.

ANSWER:
    Provided.

    2.    All reports of all doctors and all other care providers relating to treatment allegedly received by the plaintiff as a result of the alleged incident, and to the injuries, diseases or defects to which reference is made in the answers to the preceding interrogatories exclusive of any records prepared or maintained by a licensed psychiatrist or psychologist) and written authorization to inspect and make copies of said reports.

ANSWER:
    Provided.

3. All reports of all doctors and other mental health care providers relating to treatment allegedly received by the plaintiff as a result of the alleged incident and to the emotional injuries, diseases or defects to which reference is made in the answers to the preceding interrogatories. Please also sign the enclosed mental health authorization appended pursuant to Conn. Gen. Stat. § 52-146c(c), § 52-146d, and § 52-146e.

ANSWER:
    Provided.

4. All medical bills that are claimed to have been incurred as a result of this incident.

ANSWER:
    Provided.

5. All bills for each item of expense that is claimed to have been incurred as a result of this incident and not produced in response to Production Request No. 4 above.

ANSWER:
    N/A

6. All photographs taken by any person which depict your condition or injuries which were allegedly sustained as a result of the allegations in your Complaint.

ANSWER:
    Provided.

12

I, Karl Hogfeldt, hereby certify that I have reviewed the above Interrogatories and Responses thereto and that they are true and accurate to the best of my knowledge and belief.

_____
Karl Hogfeldt

State of Connecticut)
                    ) ss: Clinton, CT
County of Middlesex)

Sworn and subscribed to me on this 15th day of January, 2002.

_____
Notary Public/Commissioner of Superior Court
Bruce E. Newman

**CERTIFICATION**

This certifies that a copy of the foregoing was mailed, postage prepaid, on this 18th day of January, 2002 to:

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

_____
Bruce E. Newman

LAW OFFICES OF
BRUCE E. NEWMAN, LLC
P.O. BOX 575
99 NORTH ST., RTE. 6
BRISTOL, CT 06011-0575
TEL: (860) 583-5200
JURIS NO. 401277