**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

KARL HOGFELDT      :  NO.:  3:01CV1979 (WWE)
             :
v.             :
             :
OLD SAYBROOK POLICE DEPARTMENT, :
ET AL          :  SEPTEMBER 13, 2005

<u>**DEFENDANTS' MOTION IN LIMINE RE TESTIMONY AND OPINION
OF DR. IRA KANFER**</u>

   Pursuant to Fed.R.Civ.P. 33 and 34, the defendants, OLD SAYBROOK POLICE

DEPARTMENT, SERGEANT DONALD HULL, PATROLMAN DAVID PERROTTI,

PATROLMAN CHRIS DEMARCO, PATROLMAN JAY RANKIN and the TOWN OF OLD

SAYBROOK, move in limine for an order prohibiting the plaintiff from introducing any

evidence on the following subjects:

   1.  Testimony and opinions of Dr. Ira Kanfer that:

     a.  Hogfeldt's injuries occurred at the police station;

     b.  Hogfeldt was not injured before he came to the police station;

     c.  Hogfeldt did not suffer his injuries after he departed the police

       station;

     d.  Hogfeldt's rendition of event's makes much more sense and

       Hogfeldt's story comports with the facts and Hull's doesn't;

     e.  Sgt. Hull assaulted Hogfeldt;

     f.  A fall against the wall did not cause Hogfeldt's injuries because the

       natural response it to put one's hands up in front of the wall, which

is a reflexive action.

In support of this motion, the defendants offer as follows:

1.      Kanfer's opinions are unreliable;

2.      Kanfer's opinions are speculative;

3.      Kanfer's opinions are beyond the scope of his expertise;

4.      Kanfer's opinions are not based on sufficient facts or information;

5.      Kanfer's opinions do not assist the trier of fat because they are not beyond
        the knowledge of the average juror;

6.      Kanfer's opinions are not the product of reliable principles and methods.

Consistent with D.Conn.L.Civ.R. 7(a), a memorandum of law in support of this

motion is filed herewith.

WHEREFORE, the defendants pray that their motion in limine is granted.

                                        THE DEFENDANTS,
                                        OLD SAYBROOK POLICE
                                        DEPARTMENT, SERGEANT DONALD
                                        HULL, PATROLMAN DAVID
                                        PERROTTI, PATROLMAN CHRIS
                                        DEMARCO, PATROLMAN JAY
                                        RANKIN AND THE TOWN OF OLD
                                        SAYBROOK


                                        _____/s/ John J. Radshaw, III_____
                                        John J. Radshaw, III, ct 19882
                                        HOWD & LUDORF, LLC
                                        65 Wethersfield Avenue
                                        Hartford, CT  06114
                                        (860) 249-1361
                                        (860) 249-7665 (fax)

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 13th day of September 2005.

Bruce E. Newman, Esquire
Newman, Creed & Associates
99 North Street, Route 6
P.O. Box 575
Bristol, CT 06011

A. Paul Spinella, Esquire
Spinella & Associates
One Lewis Street
Hartford, CT  06103

_____/s/ John J. Radshaw, III_____
John J. Radshaw, III