```
                                                          1

 1            UNITED STATES DISTRICT COURT

 2              DISTRICT OF CONNECTICUT

 3
   KARL HOGFELDT                      :
 4                                    : NO.: 3:01CV1979(WWE)
   V.                                 :
 5                                    :
   OLD SAYBROOK POLICE DEPARTMENT;    : JULY 16, 2003
 6 SERGEANT DONALD HULL; PATROLMAN    :
   DAVID PERROTTI; PATROLMAN CHRIS    :
 7 DEMARCO; PATROLMAN JAY RANKIN;     :
   EACH INDIVIDUALLY AND AS POLICE    :
 8 OFFICERS AND MEMBERS OF THE OLD    :
   SAYBROOK POLICE DEPARTMENT; AND    :
 9 THE TOWN OF OLD SAYBROOK           :

10 ------------------------------------------------------
          DEPOSITION OF KARL HOGFELDT
11 ------------------------------------------------------

12

13 APPEARANCES:

14         SPINELLA & ASSOCIATES
               Attorneys for the Plaintiffs
15             One Lewis Street
               Hartford, Connecticut  06103
16             (860) 728-4900
           BY: A. PAUL SPINELLA, ESQ.
17

18
           HOWD & LUDORF
19             Attorneys for the Defendants
               65 Wethersfield Avenue
20             Hartford, Connecticut  06114
               (860) 249-1361
21         BY: THOMAS R. GERARDE, ESQ.

22

23       NIZIANKIEWICZ & MILLER REPORTING SERVICES
                   972 Tolland Street
24         East Hartford, Connecticut 06108-1533
                     (860) 291-9191

25             DONNA M. DECIANTIS, LSR
```

66

1     A     No.

2     Q     Did that happen at all?

3     A     No.

4     Q     If it happened, would you have remembered it?

6     A     Of course I would have.

7     Q     And are you saying you weren't under the influence of alcohol at all?

9     A     No, I was not.

10    Q     And with respect to anything to do with either your left elbow or your right ribs, you don't remember specifically anything happening that would cause them to be injured while you were at the police station?

15    A     I went in there in perfect health.

16    Q     That's why I use the word "specific." Are you telling me --

18    A     Ask me again, please.

19    Q     Sure. We can account for your broken nose because you're saying the officers pushed my face into the wall twice. What I'm wondering is, are you able to tell me something specific that happened that resulted in your left arm being hurt or your right ribs being hurt?

25    A     No, I can't. And my eye.

67

1  Q   So in other words, you say that your eye was
2  hurt and you can't tell me anything specific that
3  happened that caused your eye injury?
4  A   I cannot. I cannot account for my eye, my
5  four ribs, or my left arm.
6  Q   Now, I know that we had an issue of the time
7  not being something you agreed with. I'm all right
8  with that. I just want you to tell me, what time do
9  you think this was that this all happened?
10 A   Approximately eight-thirty was when I left
11 the supermarket.
12 Q   That would be 8:30 p.m.?
13 A   P.m., at night. Because -- may I state
14 again, Doris would kill me.
15 Q   If you --
16 A   I had my cat with me. She'd kill me. And
17 we had just moved in a few days previous to our new
18 apartment in Deep River, and Doris and I -- I hope this
19 is going on record.
20 Q   It surely is. Go ahead.
21 A   We were inseparable until she passed away.
22 We were inseparable.
23          ATTORNEY SPINELLA: That's not an issue
24      here.
25 Q   We don't want to walk down that road here.

Case 3:01-cv-01979-WWE   Document 94-4   Filed 09/14/2005   Page 4 of 4

                                                                    99

## CERTIFICATE OF DEPONENT

I, KARL HOGFELDT, have read the foregoing transcript of the testimony given at the deposition on Wednesday, July 16, 2003, and it is true and accurate to the best of my knowledge and/or with the changes as noted in the attached errata sheet.

_____             _____
DATE                                   WITNESS

At _____ in said County of_____,
this _____ day of _____, 2003, personally appeared Karl Hogfeldt, and he made oath to the truth of the foregoing answers by him subscribed.


Before me, _____, Notary Public.
My Commission Expires _____

NO.: 3:01CV1979(WWE)
HOGFELDT VS. OLD SAYBROOK POLICE DEPARTMENT
KARL HOGFELDT   JULY 16, 2003