**Pathology Associates**
Ira J. Kanfer, M.D.
Diplomate American Board of Pathology
101 Wildwood Drive
Avon, CT 06001
(860) 675-0222

February 9, 2004

A. Paul Spinella
Spinella and Associates
One Lewis Street
Hartford, CT 06103

Re: Karl Hogfeldt v. Old Saybrook Police Department

    Submitted for examination and review are medical records from Middlesex Hospital, Plaintiff's answers to interrogatories and multiple photographs. In addition, the deposition of Donald Hull dated July 16, 2003 is submitted for examination.

    On October 22, 1999 Mr. Hogfeldt was admitted to Middlesex Hospital with a chief complaint of being assaulted, specifically around the right side of his jaw, nasal bridge and forehead. Examination at the hospital revealed obvious ecchymosis and swelling in these areas. In addition, the patient complained of right sided chest pain and CT scan examination revealed fractures of the 8th and 9th ribs on the right and a small effusion around the ulna of the elbow, suggestive of a fracture. The patient was discharged from Middlesex Hospital with a diagnosis of nasal fracture, 8th and 9th rib fractures and a fracture of the right elbow. He was given Percocet and Ibuprofen for pain.

    The deposition of Donald Hull states that Mr. Hogfeldt was taken in to custody and brought to Old Saybrook police headquarters. At that time, according to Mr. Hogfeldt, he was beaten about the head and body, causing significant injuries. Mr. Hogfeldt alleges that while handcuffed, his head was smashed into the wall and he was kicked on the ground. Associated with this alleged incident he suffered the aforementioned blunt trauma.

The deposition of David Hull basically states that Mr. Hogfeldt was somewhat uncooperative in the police station, fell against a wall and fell to the ground, sustaining the injuries.

Based on a reasonable degree of medical probability, the constellation of injuries that Mr. Hogfeldt sustained is inconsistent with a fall against the wall and subsequent falling to the ground. The injuries, including multiple rib fractures, are consistent with an assault.

Sincerely,

Ira J. Kanfer, M.D.