1

1                UNITED STATES DISTRICT COURT
2                   DISTRICT OF CONNECTICUT
3
  KARL HOGFELDT                          :
4                                        : NO.: 3:01CV1979(WWE)
  V.                                     :
5                                        :
  OLD SAYBROOK POLICE DEPARTMENT;        : JULY 16, 2003
6  SERGEANT DONALD HULL; PATROLMAN       :
  DAVID PERROTTI; PATROLMAN CHRIS        :
7  DEMARCO; PATROLMAN JAY RANKIN;        :
  EACH INDIVIDUALLY AND AS POLICE        :
8  OFFICERS AND MEMBERS OF THE OLD       :
  SAYBROOK POLICE DEPARTMENT; AND        :
9  THE TOWN OF OLD SAYBROOK              :

10 ------------------------------------------------------------
             **DEPOSITION OF DONALD HULL**
11 ------------------------------------------------------------

12

13 APPEARANCES:

14       SPINELLA & ASSOCIATES
              Attorneys for the Plaintiffs
15            One Lewis Street
              Hartford, Connecticut  06103
16            (860) 728-4900
         BY:  A. PAUL SPINELLA, ESQ.
17

18
         HOWD & LUDORF
19            Attorneys for the Defendants
              65 Wethersfield Avenue
20            Hartford, Connecticut  06114
              (860) 249-1361
21       BY:  THOMAS R. GERARDE, ESQ.

22
         **NIZIANKIEWICZ & MILLER REPORTING SERVICES**
23                  972 Tolland Street
            East Hartford, Connecticut 06108-1533
24                  (860) 291-9191

25           **DONNA M. DECIANTIS, LSR**

                                                                59

1       A       He didn't fall down.  He just pulled away
2    from me and went -- literally didn't ever fall to the
3    ground, was still standing, was right into the wall.
4       Q       Are you aware of the injuries?
5       A       No, sir.
6       Q       Are you aware of the fact that the plaintiff
7    suffered a hematoma to the frontal lobe of his brain?
8       A       No, sir.  I wasn't aware of that.
9       Q       Were you aware that he suffered four broken
10   ribs?
11      A       No, sir.
12      Q       Are you aware that he suffered a hernia that
13   requires him to this day to wear a hernia support?
14      A       No, sir.
15      Q       Are you aware that he had a broken arm?
16      A       No.
17      Q       Are you aware that his eye was injured so
18   badly that to this day he has problems with his vision?
19      A       No.
20      Q       Were you aware that his nose was broken?
21      A       I knew it was injured.  I didn't know it was
22   broken.
23      Q       And you're saying that all that happened
24   because -- well, in your testimony he didn't even fall
25   down; he just, what, sort of crumbled to the floor?

60

1   A   He pulled away and went into the wall.  The
2   only injury that he could have sustained in my custody
3   was to his face, to his nose.
4   Q   You tell me, officer, and you explain this
5   to me because I'm really confused here, we have a
6   medical record that says that shortly after he left the
7   police department he went to the hospital emergency
8   room where all these injuries were documented.  You're
9   saying he suffered all these injuries after he left the
10  department and before he went to the hospital?
11  A   Not while he was in my custody.  There's no
12  way he --
13  Q   So is that your testimony:  That that's the
14  only way that could have happened was after he left
15  your custody and before he went to the hospital; is
16  that your testimony?
17  A   Before or after.
18  Q   Wait a minute.  Wait a minute.  Are you
19  saying that before he came into custody when you met
20  him in the parking lot he had a broken arm?
21  A   I don't know.
22  Q   You don't know?  Are you saying that before
23  he went into custody -- when you took him into custody
24  he had four broken ribs?
25  A   I was answering your question.  You asked me

74

## CERTIFICATE OF DEPONENT

I, DONALD HULL, have read the foregoing transcript of the testimony given at the deposition on Wednesday, July 16, 2003, and it is true and accurate to the best of my knowledge and/or with the changes as noted in the attached errata sheet.

_____          _____
DATE                                                      WITNESS

At _____ in said County of_____,

this _____ day of _____, 2003, personally appeared Donald Hull, and he made oath to the truth of the foregoing answers by him subscribed.


Before me, _____, Notary Public.

My Commission Expires _____

NO.: 3:01CV1979(WWE)
HOGFELDT VS. OLD SAYBROOK
DONALD HULL   JULY 16, 2003