UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KARL HOGFELDT | : | NO.:  3:01CV1979 (WWE) |
| | : | |
| v. | : | |
| | : | |
| OLD SAYBROOK POLICE DEPARTMENT, ET AL | : | SEPTEMBER 13, 2005 |

**DEFENDANTS' MOTION IN LIMINE RE TESTIMONY AND OPINIONS OF LOUIS REITER**

Pursuant to Fed.R.Civ.P. 33 and 34, the defendants, OLD SAYBROOK POLICE DEPARTMENT, SERGEANT DONALD HULL, PATROLMAN DAVID PERROTTI, PATROLMAN CHRIS DEMARCO, PATROLMAN JAY RANKIN and the TOWN OF OLD SAYBROOK, move in limine for an order prohibiting the plaintiff from introducing any evidence on the following subjects:

1. Testimony and opinions concerning the sufficiency of medical treatment;

2. The officers were deliberately indifferent to Hogfeldt's medical needs;

3. Reiter's opinion that the force used was unreasonable;

4. Reiter's opinion or any reference to a "cover up" or the "code of silence;"

5. The injuries occurred at the police department.

In support of this motion, the defendants offer as follows:

1. His opinion are not beyond the knowledge of the average juror and , therefore, not helpful to the jurors;

2. His opinions are irrelevant to the issues in this case;

3. His opinion on the reasonableness of the force goes to the ultimate issue

        and is not helpful to the jury because it merely tells the jury what result to reach;

4.     His opinions express legal conclusions;

5.     His opinions are overly prejudicial;

6.     His opinions are not based upon sufficient information and are unreliable.

Consistent with D.Conn.L.Civ.R. 7(a), a memorandum of law in support of this motion is filed herewith.

WHEREFORE, the defendants pray that their motion in limine is granted.

THE DEFENDANTS,
OLD SAYBROOK POLICE DEPARTMENT, SERGEANT DONALD HULL, PATROLMAN DAVID PERROTTI, PATROLMAN CHRIS DEMARCO, PATROLMAN JAY RANKIN AND THE TOWN OF OLD SAYBROOK


     /s/ John J. Radshaw, III
John J. Radshaw, III, ct 19882
HOWD & LUDORF, LLC
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 13th day of September 2005.

Bruce E. Newman, Esquire
Newman, Creed & Associates
99 North Street, Route 6
P.O. Box 575
Bristol, CT 06011

A. Paul Spinella, Esquire
Spinella & Associates
One Lewis Street
Hartford, CT  06103

_____/s/ John J. Radshaw, III____
John J. Radshaw, III