UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KARL HOGFELDT<br>Plaintiff | : | CIVIL ACTION NO.<br>3:01 CV 1979 (WWE) |
| | : | |
| vs. | : | |
| | : | |
| OLD SAYBROOK POLICE DEPARTMENT<br>SERGEANT DONALD HULL; PATROLMAN<br>DAVID PERROTTI; PATROLMAN CHRIS<br>DEMARCO; PATROLMAN JAY RANKIN;<br>EACH INDIVIDUALLY AND AS POLICE<br>OFFICERS AND MEMBERS OF THE OLD<br>SAYBROOK POLICE DEPARTMENT; AND<br>THE TOWN OF OLD SAYBROOK OF<br>OLD SAYBROOK | : | OCTOBER 17, 2005 |

## STIPULATION OF DISMISSAL

The parties in the above-referenced action, pursuant to Federal Rules of Civil Procedure, request the Court dismiss this action with prejudice, and without costs to any party.

Dated: 10/18/05          Dated: _____

The Plaintiff,
**KARL HOGFELDT,**

By _____
A. Paul Spinella, Esq.
Federal Bar # 00078
Spinella & Associates
One Lewis Street
Hartford, CT 06103
(860) 728-4900


The Defendants,
**OLD SAYBROOK POLICE DEPARTMENT SERGEANT DONALD HULL; PATROLMAN DAVID PERROTTI; PATROLMAN CHRIS DEMARCO; PATROLMAN JAY RANKIN; EACH INDIVIDUALLY AND AS POLICE OFFICERS AND MEMBERS OF THE OLD SAYBROOK POLICE DEPARTMENT; AND THE TOWN OF OLD SAYBROOK,**

By _____
Thomas R. Gerarde, Esq.
Federal Bar #:
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190
860 249-1361

## CERTIFICATION

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 14th day of November, 2005.

Bruce E. Newman, Esquire
Newman, Creed & Associates
99 North Street, Route 6
P.O. Box 575
Bristol, CT 06011

A. Paul Spinella, Esquire
Spinella & Associates
One Lewis Street
Hartford, CT 06103

_____
Jeffrey E. Potter